1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT
9
10                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

**United States District Court**
For the Northern District of California

12   JEFFREY T. COLE,                           No. C 12-4568 WHA (PR)

13              Petitioner,                      **ORDER OF DISMISSAL**

14   v.

15   W. KNIPP,

16              Defendant.                       (Docket Nos. 5, 6, 9, 13, and 15)

17   _____/

18

19          Plaintiff, a California prisoner proceeding pro se, filed this civil rights case.  He has filed

20   a motion to voluntarily dismiss the case unless counsel is "appointed" to represent him.   He

21   would like the dismissal to be without prejudice to refiling the case in the future when he is able

22   to find counsel.  There is no constitutional right to counsel in a civil case.  *Lassiter v. Dep't of*

23   *Social Services*, 452 U.S. 18, 25 (1981).  28 U.S.C. 1915 confers on a district court only the

24   power to "request" that counsel represent a litigant who is proceeding in forma pauperis.  28

25   U.S.C. 1915(e)(1).  This does not give the courts the power to make "coercive appointments of

26   counsel."  *Mallard v. United States Dist. Court*, 490 U.S. 296, 310 (1989).  In short, the court

27   does not have the power to "appoint" counsel.  Accordingly, plaintiff's motion for appointment

28   of counsel is **DENIED**, and his motion to voluntarily dismiss this case is **GRANTED**.  *See* Fed. R.

     Civ. P. 41.  The case is **DISMISSED** without prejudice.

This order terminates docket numbers 5, 6, 9, 13, and 15.   The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October ____1____, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

G:\PRO-SE\WHA\CR.12\COLE4568.DSM.wpd